**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CV-00730-KDB-UMJ**

| | |
|---|---|
| **GAYLE HYATT AND LUTHER J. HYATT,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**NATIONWIDE GENERAL INSURANCE COMPANY,**<br><br>**Defendant.** | **MEMORANDUM AND ORDER** |

This matter involves an insurance coverage dispute under Plaintiffs' homeowner's insurance policy with Defendant. According to the Complaint, Plaintiffs' property sustained wind, hail, and/or water damage on or about February 15, 2024. Doc. No. 1. Plaintiffs assert that Defendant has not paid the amounts due under the policy for their claimed loss. *Id.*

Now before the Court is Defendant's Partial Motion to Dismiss (Doc. No. 7) Plaintiffs' claims of: (1) Restitution / Unjust Enrichment / Quantum Meruit; (2) Bad Faith / Breach of the Covenant of Good Faith and Fair Dealing; (3) Negligence; and (4) Unfair Trade Practices in Violation of N.C.G.S. § 75-1.1. The Court has carefully considered this motion, Defendant's supporting brief, and the accompanying exhibits. Plaintiffs have not filed a response, and the time to do so has expired. The Court finds that the motion has merit, and adopts Defendant's reasoning in support of the motion. Accordingly, for good cause shown, the Court will **GRANT** the motion.

1

**NOW THEREFORE IT IS ORDERED THAT:**

1. Defendant's Partial Motion to Dismiss (Doc. No. 7) is **GRANTED**; and

2. This case shall **proceed towards trial on the merits on the remaining claims** in

   the absence of a voluntary resolution of the dispute among the parties.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 17, 2026

Kenneth D. Bell
United States District Judge